IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE VANSTORY-FRAZIER, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 08-3910 |
| CHHS HOSPITAL COMPANY, LLC, t/d/b/a CHESTNUT HILL HOSPITAL, | : |
| Defendant. | : |

FILED
JAN 04 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this __4__ day of January, 2010, upon consideration of the motion for partial summary judgment of defendant CHHS Hospital Company, LLC, t/d/b/a Chestnut Hill Hospital (docket no. 11), and plaintiff Monique VanStory-Frazier's response thereto, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

Trial in this matter is scheduled for March 1, 2010, at 10:00 a.m.

William H. Yohn Jr., Judge