IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONIQUE VANSTORY-FRAZIER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 08-3910 |
| | : | |
| CHHS HOSPITAL COMPANY, LLC, | : | |
| t/d/b/a CHESTNUT HILL HOSPITAL, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 29th day of November, 2011, upon careful consideration of the motions for partial summary judgment filed by defendant CHHS Hospital Company, LLC, t/d/b/a Chestnut Hill Hospital (document no. 40) and by plaintiff Monique VanStory-Frazier (document no. 41) and the responses and replies thereto, **IT IS HEREBY ORDERED** that both motions are **DENIED**.

/s/William H. Yohn, Jr.
William H. Yohn, Jr., Judge